AO 442 (Rev. 11/11) Arrest Warrant

| | | |
|---|---|---|
| AUSA: Nhan Ho | | Telephone: (313) 226-9100 |
| Task Force Officer: Matthew Willard | | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Dorian Trevor SYKES

Case: 2:25-mj-30149
Assigned To : Unassigned
Assign. Date : 3/14/2025
Description: RE: SEALED MATTER (EOB)

Case No.

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: ___s/Eddrey Butts___
Deputy

FILED
CLERK'S OFFICE
MAR 1 8 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dorian Trevor SYKES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2113(a) and (b)     Bank Robbery and incidental crimes

Date: March 14, 2025

_____
*Issuing officer's signature*

City and state: Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/14/25, and the person was arrested on *(date)* 3/18/25
at *(city and state)* Detroit, MI.

Date: 3/18/25

_____
*Arresting officer's signature*

SA Ian McDonald
*Printed name and title*

---

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA